## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRIAL FUND,
et al.,

                      Petitioners,                    21 **CIVIL** 9465 (VSB)(SLC)

      -against-                                     **JUDGMENT**

JAMES S. MITCHELL & SONS, INC.,

                      Respondent.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated October 21, 2024, the Petition is granted, and the arbitration award is confirmed. Petitioners are awarded $4,204.50, consisting of the award amount of $2,900, plus $1,227.50 in attorneys' fees and $77 in costs, and post-judgment interest in accordance with 28 U.S.C. § 1961. Respondent is further ordered to submit to Petitioners their books and records from July 1, 2018, to the present for purposes of conducting an audit. Accordingly, the case is closed.

**Dated:**  New York, New York
           October 22, 2024

                                                    **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                                 **BY:**

                                                 **Deputy Clerk**